No. 74–5551.   RYON v. MARYLAND.   Ct. Sp. App. Md. Motion for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Brown* v. *Illinois, ante,* p. 590.

No. 74–6150.   COFFEY ET AL. v. UNITED STATES.   C. A. 5th Cir.   Motion for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *United States* v. *Brignoni-Ponce, ante,* p. 873.   Reported below: 509 F. 2d 574.

*Certiorari Granted—Affirmed in Part and Reversed in Part.*   (See No. 74–337, *ante,* p. 922.)

*Miscellaneous Orders*

No. 74–730.   ROEMER ET AL. v. BOARD OF PUBLIC WORKS OF MARYLAND ET AL.   Appeal from D. C. Md. [Probable jurisdiction noted, 420 U. S. 922.]   Motion of appellees for additional time for oral argument granted and 15 additional minutes allotted for that purpose.   Appellants allotted 15 additional minutes for oral argument.

No. 74–1179.   UNITED STATES v. MILLER.   C. A. 5th Cir.   [Certiorari granted, 421 U. S. 1010.]   Motion for appointment of counsel granted, and Denver Lee Rampey, Jr., Esquire, of Warner Robins, Ga., is appointed to serve as counsel for respondent in this case.

*Probable Jurisdiction Noted or Postponed*

No. 74–1137.   LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK v. MILNE ET AL.   Appeal from D. C. S. D. N. Y.   Motion of appellees for leave to proceed *in forma pauperis* granted.   Probable jurisdiction noted.   Reported below: 384 F. Supp. 206.